UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES – GENERAL**

Case No. 5:26-cv-04613-PD Date: August 24, 2026

Title *Jose German Ventura Sorto v. Fereti Semaia, et al.*

Present: The Honorable: Patricia Donahue, United States Magistrate Judge

| Isabel Verduzco | N/A |
|---|---|
| Deputy Clerk | Court Reporter / Recorder |

| Attorneys Present for Petitioner: | Attorneys Present for Respondents: |
|---|---|
| N/A | N/A |

**Proceedings (In Chambers):** **Order to Show Cause Why the Petition Should Not Be Granted as Unopposed and For Failure to Comply with Court Orders**

Jose German Ventura Sorto ("Petitioner") filed a Petition for Writ of Habeas Corpus pursuant to 28 U.S.C. § 2241 on August 14, 2026. Dkt. No. 1. On August 14, 2026, the Court issued a Notice of General Order 26-05 and Briefing Schedule, requiring Respondents to "file an answer to the habeas petition no later than 7 days from the date the Clerk's Office issues this notice." Dkt. 5 at 2. Therefore, the deadline to file an answer to the Petition was August 21, 2026.

As of the date of this Order, Respondents have not filed a response to the Petition. Respondents are therefore **ORDERED** to show cause why the Petition should not be granted as unopposed. Respondents' response to this OSC is due on or before **August 25, 2026 at 2:00 p.m**. Respondents may respond either by (1) stating that they do not oppose the Petition or (2) filing

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES – GENERAL**

Case No. 5:26-cv-04613-PD Date: August 24, 2026

Title *Jose German Ventura Sorto v. Fereti Semaia, et al.*

a response to the Petition in accordance with the procedures set forth in General Order 26-05. Dkt. No. 5.

All other requirements of the General Order 26-05 remain in effect.

**IT IS SO ORDERED**.